IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:  TESTOSTERONE ) | |
| REPLACEMENT THERAPY ) | Case No. 14 CV 1748 |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2545 |
| ) | |
| This Document Relates To: ) | |
| *Aubry S. Greeno v. AbbVie Inc., et al.* ) | |
| Case No. 1:15-cv-09856 ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between counsel for Plaintiff Aubry S. Greeno and counsel for Defendants AbbVie Inc. and Abbott Laboratories, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned Complaint is hereby dismissed without prejudice as Plaintiff had previously filed a Complaint in this litigation. Plaintiff will pursue his claims in the case docketed at *Aubry Greeno v. AbbVie Inc.et al.*, No. 15-cv-05149.

*/s/ Brandon L. Bogle*
Brandon L. Bogle, Esq.
Levin, Papantonio, Thomas, Mitchell,
 Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
bbogle@levinlaw.com

*Attorney for Plaintiff Aubry S. Greeno*

/s/ *Katherine Unger*
Katherine Under
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104-2808
Katherine.ungerdavis@dechert.com

*Attorneys for AbbVie Inc. and Abbott Laboratories, Inc.,*

Dated: September 30, 2016